Submitted April 29—decided May 8, 1970

WILLIAM GERIAK ET AL. *v.* JOHN GERIAK ET AL.

The motion by the plaintiffs and the defendant John Geriak, individually and as trustee, for assignment of their motion to dismiss the appeal from the

Superior Court in Fairfield County at Stamford is granted, and the hearing on the motion to dismiss is assigned for Friday, June 5, 1970, at 10 a.m.

*George W. Scott, Jr.,* and *Richard W. Martin,* for the plaintiffs, and *Thomas J. Lauricella,* for the defendant John Geriak, individually and as trustee, on the motion.

Submitted May 22—decided May 26, 1970